UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| THE POKÉMON COMPANY INTERNATIONAL, INC.,<br><br>Plaintiff,<br><br>v.<br><br>JON SAHAGIAN; DOES 1-5,<br><br>Defendants. | No. 2:15-CV-00866<br><br>DECLARATION OF SEAN M. MCCHESNEY IN SUPPORT OF PLAINTIFF'S MOTION FOR PRELIMINARY INJUNCTION |

I, Sean M. McChesney, declare as follows:

1. I am over 18 years of age and make this Declaration based upon my personal knowledge of the facts set forth below. If called upon to testify, I could and would testify competently as to the matters set forth herein.

2. I am an attorney licensed to practice law under the laws of the State of Washington and am with the law firm Focal PLLC, attorneys for Plaintiff The Pokémon Company International, Inc. ("TPCi").

3. Attached as **Exhibit A** is a true and correct copy of a printout from the PokéBeach website, www.pokebeach.com, entitled "About PokeBeach's Staff," available at www.pokebeach.com/staff (last visited May 28, 2015).

4. Attached as **Exhibit B** are true and correct copies of screenshots of the

DECL. OF SEAN M. MCCHESNEY
No. 2:15-CV-00866 - 1

focal PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

PokéBeach registration page, forums page and chat room page captured from the PokéBeach Site, www.pokebeach.com, on May 28, 2015.

5. Attached as **Exhibit C** is a true and correct copy of a screenshot of the PokéBeach "Articles Program" section captured from the PokéBeach Site, www.pokebeach.com, on May 28, 2015.

6. Attached as **Exhibit D** is a true and correct copy of a screenshot of the PokéBeach "TCG Sets & Cards Scans" section captured from the PokéBeach Site, www.pokebeach.com, on May 20, 2015.

7. Attached as **Exhibit E** is a true and correct copy of an announcement entitled "Welcome to the Brand New PokéBeach! Come On In!" posted on the PokéBeach website, www.pokebeach.com, and available at www.pokebeach.com/tag/pb-adventures (last visited May 28, 2015).

8. Attached as **Exhibit F** is a true and correct copy of the "TCG One Guide," printed from the PokeBeach Site and available at www.pokebeach.com/tcg-one-guide (last visited May 28, 2015).

9. Attached as **Exhibit G** is a true and correct copy of a screenshot of an image of a Pokémon TCG card captured from the PokéBeach Site, www.pokebeach.com, on May 28, 2015.

10. Attached as **Exhibit H** is a true and correct copy of a screenshot of the PokéBeach "Activities" section captured from the PokéBeach Site, www.pokebeach.com, on May 28, 2015.

11. Attached as **Exhibit I** are true and correct copies of a screenshots of images of Pokémon TCG cards captured from the TCG One section of the PokéBeach Site, www.pokebeach.com, on May 28, 2015.

12. Attached as **Exhibit J** is a true and correct copy of a printout of a post by TCG One creator "axpendix" in a PokéBeach forum thread available at http://www.pokebeach.com/forums/threads/tcg-one-general-discussion.114480/ (last visited May 28, 2015)

DECL. OF SEAN M. MCCHESNEY
No. 2:15-CV-00866 - 2

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966

1  I declare under penalty of perjury under the laws of the United States that the foregoing is
2  true and correct.
3  DATED: June 2, 2015

*s/ Sean M. McChesney*
Sean M. McChesney

DECL. OF SEAN M. MCCHESNEY
No. 2:15-CV-00866 - 3

**focal** PLLC
800 Fifth Ave., Ste. 4100
Seattle, WA 98104
206.260.3966