# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

POKÉMON COMPANY INTERNATIONAL, INC.,

    Plaintiff,

v.

JON SAHAGIAN, et al.,

    Defendants.

C15-866 TSZ

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable Thomas S. Zilly, United States District Judge:

(1) Having failed to provide proof that defendants were given notice of Plaintiff's Motion for Preliminary Injunction, docket no. 3, and supporting materials, docket nos. 4, 5, 6, & 7, and no response having been filed, plaintiff's motion is STRICKEN, without prejudice.

(2) The Clerk is directed to send a copy of this Minute Order to all counsel of record.

Dated this 30th day of July, 2015.

        William M. McCool
        Clerk

        s/Karen Dews
        Deputy Clerk

MINUTE ORDER - 1